■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LINWOOD AMES, Appellant.—Appeal by defendant from a judgment of the County Court, Suffolk County (Weissman, J.), rendered April 9, 1981, convicting him of grand larceny in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Defendant was convicted of stealing a wallet from the pocketbook of the owner of a fabric store. The wallet, which was not recovered, contained several items, including a Plymouth Shops credit card. The complainant testified that she called the Plymouth Shops to report the theft. This was

sufficient evidence that the credit card was valid and unexpired when stolen to justify the jury's verdict (Penal Law § 155.30 [4]; General Business Law § 511 [1]).

We have examined defendant's other contentions and find them to be without merit. Gibbons, J. P., Bracken, Lawrence and Kunzeman, JJ., concur.